

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00767-CR

**EX PARTE** Juan Maya **JIMENEZ**

From the County Court, Kinney County, Texas
Trial Court No. 14118CR
Honorable Susan D. Reed, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED and LIFT the stay imposed on August 23, 2023.

SIGNED July 23, 2025.

_____
Rebeca C. Martinez, Chief Justice